# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:16-mc-5000 BHS |
| Plaintiff, | (CR10-5141) |
| vs. | |
| JERIMY C. MOODY, | **Order to Issue a Writ of Continuing Garnishment** |
| Defendant/Judgment Debtor, | |
| and | |
| GUTTER FILTER AMERICA, | |
| Garnishee. | |

THIS MATTER having come before this Court upon the United States of America's Application for a Writ of Continuing Garnishment due and owing to the Defendant/Judgment Debtor, Jerimy C. Moody, from Gutter Filter America, the Garnishee, and the Court having reviewed the pleadings herein, it is hereby

ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment against Gutter Filter America, whose address is Gutter Filter America, P.O. Box 933, Port Angeles, WA 98362.

//

ORDER TO ISSUE A WRIT OF CONTINUING GARNISHMENT

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970

DATED this 5 day of January, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE

Presented by:

_____
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-7970
Fax: (206) 553-4067
E-mail: kyle.forsyth@usdoj.gov